STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-188 SI |
| Plaintiff, | UNITED STATES' APPLICATION AND [~~PROPOSED~~] ORDER TO UNSEAL REMAINDER OF DOCKET |
| v. | |
| MANUEL AVILA CAMACHO and CARLOS JAUREGUI, | |
| Defendants. | |

On September 1, 2019, this Court entered an order unsealing the above-captioned matter. All items on the docket prior to that date were unsealed, but all subsequent items on the docket remain sealed. The United States now respectfully requests that the Court unseal the Judgment as to defendant Carlos Jauregui in this matter (Dkt. 140, issued July 6, 2021). Because the United States has completed its investigation and Mr. Jauregui has been sentenced, it is not necessary for the Judgment to remain sealed.

DATED: February 1, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Alexandra Shepard

ALEXANDRA SHEPARD
Assistant United States Attorney

**[PROPOSED]  ORDER**

On the motion of the United States, and for good cause, the Court HEREBY ORDERS that the Judgment (Dkt. 140) in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: February __1__, 2023

HON. SUSAN ILLSTON
Senior U.S. District Court Judge